In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00168-CV

_____

IN RE CROSSTEX NGL PIPELINE, L.P.

_____

Original Proceeding
_____

**MEMORANDUM OPINION**

In a petition for writ of mandamus, Crosstex NGL Pipeline, L.P. seeks to compel the trial court to appoint a commissioner to replace the special commissioner struck by the real party in interest, Reins Road Farms-1, Ltd., and deny the real party in interest's motion to strike the entire panel of special commissioners. *See* Tex. Prop. Code Ann. § 21.014 (West Supp. 2012). Relator argues mandamus relief is necessary to protect its right to an expedited procedure for exercising eminent domain authority. *See Gulf Energy Pipeline Co. v. Garcia*, 884 S.W.2d 821, 824 (Tex. App.—San Antonio 1994, orig. proceeding).

After reviewing the mandamus petition and the response filed by the real party in interest, we conclude Crosstex has not established an abuse of discretion by the trial court. In addition to the condemnation action, Crosstex pursued in another court a mandatory injunction action affecting the property at issue here. *See Crosstex NGL Pipeline, L.P. v. Reins Road Farms-1, Ltd.*, No. 09-12-00563-CV, 2013 WL ___ (Tex. App.—Beaumont May 23, 2013, no pet. h.). The trial court did not unreasonably delay acting on pending motions during the accelerated appeal of the parallel proceeding. Now that an opinion has issued in Crosstex's appeal, we presume the trial court will, if requested, proceed with a ruling on any motions properly before it. Accordingly, we deny the petition for writ of mandamus without prejudice.

PETITION DENIED.

PER CURIAM

Submitted on April 19, 2013
Opinion Delivered May 30, 2013

Before McKeithen, C.J., Kreger and Horton, JJ.

2